## Commonwealth *v.* Davenport, Appellant.

Argued June 19, 1967. Before ERVIN, P. J., WRIGHT, WATKINS, MONTGOMERY, JACOBS, HOFFMAN, and SPAULDING, JJ.

*Bernard L. Segal,* with him *Needleman, Needleman, Segal and Tabb,* for appellant.

*Joseph M. Smith,* Assistant District Attorney, with him *Edwin D. Wolf* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION BY WRIGHT, J., July 10, 1967:

James Davenport was indicted by the Grand Jury in the Court of Quarter Sessions of Philadelphia County on a charge of assault and battery upon his estranged wife. Timely notice was filed under Pa. R. Crim. P. No. 312 of the intention to offer the defense of alibi. This notice was signed by Davenport's attorney. The case was tried nonjury before Judge GUTOWICZ, who refused to permit designated alibi witnesses to testify because the notice was not signed by Davenport personally. Davenport was adjudged guilty, motions for new trial and in arrest of judgment were overruled, and sentence was imposed. This appeal followed.

The issue involved is identical with that in *Commonwealth v. Gonzales,* 210 Pa. Superior Ct. 57, 231 A. 2d 414. The instant appeal is governed by our

opinion filed this day in the *Gonzales* case, the pertinent portions of which are incorporated herein by reference.

Judgment reversed with a venire.